IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

TRAVIS L. O'NEAL,                          )
                                           )
                    Petitioner             )
                                           )
          vs.                              )          No. CIV-07-1090-C
                                           )
MARTY SIRMONS, et al.,                     )
                                           )
                    Respondents            )

O R D E R

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B).   Judge Bacharach entered a Report and Recommendation on November 30, 2007, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned Report and Recommendation of the Magistrate Judge and there is no purpose to be served in repeating them yet again.  In his objection, Petitioner merely restates the conclusions and legal argument originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief is denied.  A Judgment will enter accordingly.

IT IS SO ORDERED this 9th day of January, 2008.


ROBIN J. CAUTHRON
United States District Judge